806 CRAWFORD ET AL. vs. CIRCUIT JUDGE (Wayne), No. 14777½.

To vacate an injunction restraining defendants (relators here) from selling, incumbering or disposing of certain improved real estate and from interfering with complainant's possession of certain apartments therein.

Order to show cause denied March 19, 1895.